UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BOWERS,<br><br>        Petitioner,<br><br>   v.<br><br>THOMPSON, Warden,<br><br>        Respondent. | No.  2: 20-cv-0452 KJN P<br><br><br><br>ORDER |

      Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner's address of record is at the Federal Correctional Institution-Herlong.  However, the Federal Bureau of Prisons lists petitioner's address as RRM New York, 100 29th Street, Brooklyn, New York, 11232.

      Petitioner did not file a notice of change of address reflecting his current address as required by Local Rule 182(f).

      Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, petitioner shall show cause for his failure to keep the court apprised of his current address as required by Local Rule 182(f); the undersigned will recommend that this action be dismissed for failure to prosecute if petitioner fails to respond to this order;

////

2. The Clerk of the Court shall serve this order on petitioner at his address of record and at the following address: RRM New York, 100 29th Street, Brooklyn, NY, 11232.

Dated: July 26, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bow452.osc